UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of<br>Banco Sistema S.A.,<br><br>    Applicant,<br><br>Pursuant to 28 U.S.C. § 1782 for Judicial<br>Assistance in Obtaining Evidence for Use in<br>Foreign and International Proceedings Pending in<br>the Federative Republic of Brazil. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 6/16/2026 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2026

23 Misc. 240 (AT)

**ORDER ADOPTING
REPORT AND
RECOMMENDATION**

ANALISA TORRES, District Judge:

  Applicant, Banco Sistema S.A., submitted an *ex parte* petition (the "Petition") for an order pursuant to 28 U.S.C. § 1782 to obtain discovery for use in a civil proceeding filed in the 1st Civil Court of the City of Curitiba in the Federative Republic of Brazil.  Pet. ¶¶ 5, 16, ECF No. 1; *see also* Pimenta Decl. ¶¶ 8, 19, 23, ECF No. 2.  On August 14, 2023, the Court granted the petition.  ECF No. 6.  Before the Court is Applicant's motion for this Court to hold the GRTB, LLC, Julio Bogoricin Real Estate Corp, 23 West 69th Street Corp., and 58 West 87th Street Corp. (collectively, "Respondents") in civil contempt and issue sanctions.  ECF No. 15. The Court referred the motion to the Honorable Jennifer Willis for a report and recommendation ("R&R").  ECF No. 11.

  After careful consideration, Judge Willis issued an R&R certifying certain facts regarding the procedural history of this action and recommending that the Court direct each Respondent to comply with the Court's order at ECF No. 12, which required document production and deposition scheduling by October 31, 2024, within 10 days.  *See* R&R at 4–5, ECF No. 16. Judge Willis further recommended that any Respondent who fails to comply within the 10-day period be subject to civil contempt and a daily fine of $250 for each day of noncompliance. *Id.* at 4–5.  Finally, Judge Willis recommended awarding Applicant attorneys' fees associated with its motion for sanctions and contempt.  *Id.* at 5.  Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has now passed.  *See* ECF No. 16 Text Entry ("Objections to R&R due by 11/5/2025"); Fed. R. Civ. P. 72(b)(2).  Because no objections were made, the Court reviews the R&R for clear error.  *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).  The Court finds no clear error in Judge Willis' thorough and well-reasoned R&R.

Accordingly, the Court ADOPTS the R&R in its entirety. Applicant's motion is GRANTED. Each Respondent shall comply with the Court's order at ECF No. 12 within 10 days of this order. After the 10-day period expires, any noncompliant Respondent shall be subject to civil contempt and a daily fine of $250 for each day of noncompliance. Respondents shall pay Applicant the attorneys' fees associated with bringing this motion.

SO ORDERED.

Dated:  June 16, 2026
    New York, New York

ANALISA TORRES
United States District Judge

2